```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel. GEORGE MANN and JOHN FERGUSON; STATE OF NEW YORK ex rel. GEORGE MANN and JOHN FERGUSON; and GEORGE MANN and JOHN FERGUSON individually,

    Plaintiffs,

v.

FIFTH THIRD BANCORP and its subsidiaries,

    Defendants.

11 Civ. 4499 (DAB)

ECF Case

**ORDER**

WHEREAS, by notice dated September 30, 2015, the United States of America has intervened in the above-captioned *qui tam* action as against Fifth Third Bancorp and its subsidiaries pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4);

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action hereafter.

2. All documents filed before September 30, 2015, shall remain under seal, except for the relators' Amended Complaint.

Dated: October 5, 2015
New York, New York

SO ORDERED:

_____
HON. DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE